IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KELLY STONE**                                                                 **PLAINTIFF**

VS.                            **CASE NO. 4-06-CV-592 GTE**

**RINECO CHEMICAL INDUSTRIES, INC.**                              **DEFENDANT**

## ORDER OF DISMISSAL WITH PREJUDICE

On motion of the Plaintiff, and for cause shown, the Complaint of the Plaintiff, Kelly Stone, against the Defendant, Rineco Chemical Industries, Inc., is hereby dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

_____
G. THOMAS EISELE
United States District Judge

April 23, 2009

APPROVED:

_____
John B. Thurman, Jr.
Attorney for Plaintiff